UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  SACV 12-615-JST (ANx)                             Date:  June 12, 2012
Title:  Sunrise Senior Living Management, Inc. v. Fiola, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|   Ellen Matheson   |   N/A   |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                 Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION**

This action was removed to this Court on April 20, 2012, by Plaintiff/Cross-Defendant Sunrise Senior Living Management, Inc. ("Sunrise").  However, it appears that the Court may lack subject matter jurisdiction because a defendant who is also a plaintiff to the original state action may not remove the case to federal court.  *See Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 108 (1941); *Westwood Apex v. Contreras*, 644 F.3d 799, 805 (9th Cir. 2011).

Accordingly, the Court ORDERS Sunrise to show cause in writing no later than **June 18, 2012**, why this action should not be remanded to state court for lack of subject matter jurisdiction.  Failure to respond by the above date will result in the Court remanding this action to the Orange County Superior Court.

Initials of Preparer:  enm