UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-615-JST (ANx) | Date | June 19, 2012 |
|---|---|---|---|
| Title | SUNRISE SENIOR LIVING v. CHARLOTTE FIOLA, et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE |
|---|---|

| Nancy Boehme | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:   (IN CHAMBERS)   ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT**

    Plaintiff/Cross-Defendant Sunrise Senior Living Management, Inc., having failed to timely respond to this Court's Order to Show Cause Why This Case Should Not Be Remanded For Lack of Subject Matter Jurisdiction (Doc. 15), this action is hereby REMANDED to the Orange County Superior Court, case number 30-2011-00517493

                                                                                                                                          : _____

                                    Initials of Preparer        nkb